**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GREGORIO OLIVARES GUTIERREZ, *Plaintiff*, | § | |
| v. | § | |
| DR. PRABHAS V. MOGHE, in his individual capacity and his official capacity as President of the University of Texas at Dallas, DR. GENE FITCH, in his individual capacity, and DR. AMANDA SMITH, in her official capacity as Interim Vice President for Student Affairs and Dean of Students of the University of Texas at Dallas, | § | Civil Case No. 1:26-cv-02546-XR |
| JOHN M. ZERWAS, M.D., in his official capacity as Chancellor of the University of Texas System, and | § | |
| KEVIN P. ELTIFE, JANIECE LONGORIA, JAMES C. "RAD" WEAVER, CHRISTINA MELTON CRAIN, ROBERT P. GAUNTT, JODIE LEE JILES, NOLAN PEREZ, M.D., STUART W. STEDMAN, and KELCY L. WARREN, in their official capacities as members of the Board of Regents of the University of Texas System, | § | |
| *Defendants*. | § | |

---

**DEFENDANTS' MOTION TO CHANGE VENUE**

---

Defendants respectfully request that the venue for this case be transferred to the Dallas Division of the US District Court for the Northern District of Texas, the location of alleged wrong-doing and a more convenient forum for the witnesses and Plaintiff's Counsel.

## MOTION TO CHANGE VENUE STANDARD

The movant bears the burden of demonstrating that a transfer of venue is warranted. *Gundle Lining Construction Corp. v. Fireman's Fund Ins. Co.*, 844 F.Supp. 1163, 1165 (S.D.Tex.1994). To prevail, the movant must demonstrate that the balance of convenience and justice substantially weigh in favor of the transfer. *Id*. Therefore, when assessing the merits of a 28 USC § 1404(a) motion to transfer venue, a court must determine if a transfer would make it substantially more convenient for the parties to litigate the case. *Id*. The trial court must consider "all relevant factors to determine whether or not on balance the litigation would more conveniently proceed and the interests of justice be better served by transfer to a different forum." *Peteet v. Dow Chemical Co.*, 868 F.2d 1428, 1436 (5th Cir.1989). The "relevant factors" to be taken into consideration in making this assessment include: (1) the availability and convenience of witnesses and parties; (2) the location of sources of proof; (3) the place of the alleged wrong; (4) the community's nexus to the alleged wrong; (5) the cost of obtaining the attendance of witnesses; (6) the possibility of delay or prejudice if transfer is granted; (7) the plaintiff's choice of forum; and (8) the location of counsel. *Welch v. TRW Inc.*, No. 3:97-CV-0511-BF, 1998 WL 574891, at *1–2 (N.D. Tex. Aug. 26, 1998).

Each of these factors weighs in favor of changing the venue of this case, and moving it to the Dallas Division of the US District Court for the Northern District of Texas ("Northern District").

**VENUE IS MORE CONVENIENT IN THE DALLAS DIVISION**

Plaintiff alleges that he is a University of Texas at Dallas ("UTD") student, that resides in Dallas, Texas. The premise of Plaintiff's suit is that his First Amendment rights were violated when he was dismissed from The Mercury, the UTD student newspaper, and was sanctioned by UTD. UTD is located at 800 West Campbell Road, Richardson, Texas 75080, within the Dallas Division of the Northern District.

Plaintiff specifically alleges that UTD officials, Defendants Dr. Prabhas V. Moghe, President of the University of Texas at Dallas, Dr. Gene Fitch, former Vice President of UTD's Student Affairs and current UTD staff member, and Dr. Amanda Smith, Interim Vice President of Student Affairs and Dean of Students at UTD, were responsible for the violation of his First Amendment rights. Defendants Moghe, Fitch, and Smith reside in the Dallas area. Defendants also anticipate that any witnesses in this case will be UTD faculty and/ or staff, who reside in the Dallas area. Plaintiff will likely seek documents from UTD, located in Richardson, and The Mercury, a newspaper at UTD. Therefore, the Dallas Division of the Northern District of Texas is the location of the sources of proof, but also is the place of convenience for the witnesses and Plaintiff.

Defendants Zerwas and the members of the Board of Regents did not play any role in the decision of which Plaintiff complains.

Additionally, Plaintiff's Counsel, Griffin S. Rubin, Jonathan Bridges, and Cash W. Carter are located in the Dallas, Texas office of Sbaiti & Company. This Court set a hearing on Plaintiff's Motion for Temporary Restraining Order and Temporary Injunction for Friday, November 13, 2026. However, Plaintiff's Counsel is seeking to have that hearing heard virtually as he is involved in a trial in Dallas. Therefore, Plaintiff's Counsel has already show that the Western District is not convenient.

Defendants do not seek any delay in transferring this case to the Northern District. Defendants are ready to move forward with hearings currently set, whether they are in the Western District or the Northern District, and do not anticipate needing virtual hearings regardless of whether the case is set in the Northern or Western Districts.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court transfer the venue of this case to the Dallas Division of the US District Court in the Northern District of Texas.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM D. WASSDORF**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

*/s/ Jordan P. Woody*
**JORDAN P. WOODY**
Assistant Attorney General
Texas Bar No. 24085665
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-2100
Fax: (512) 320-0667
Jordan.Woody@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been filed via CM/ECF on this 9th day of November, 2026, which will send electronic notice of filing to Counsel for Plaintiff.

Griffin S. Rubin
Jonathan Bridges
Cash W. Carter
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: gsr@sbaitilaw.com
E: jeb@sbaitilaw.com
E: cash.carter@sbaitilaw.com

*Attorneys for Plaintiff*

*/s/ Jordan P. Woody*
**JORDAN P. WOODY**
Assistant Attorney General