**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GREGORIO OLIVARES GUTIERREZ,<br>*Plaintiff*,<br><br>v.<br><br>DR. PRABHAS V. MOGHE, in his individual capacity and his official capacity as President of the University of Texas at Dallas, DR. GENE FITCH, in his individual capacity, and DR. AMANDA SMITH, in her official capacity as Interim Vice President for Student Affairs and Dean of Students of the University of Texas at Dallas,<br><br>JOHN M. ZERWAS, M.D., in his official capacity as Chancellor of the University of Texas System, and<br><br>KEVIN P. ELTIFE, JANIECE LONGORIA, JAMES C. "RAD" WEAVER, CHRISTINA MELTON CRAIN, ROBERT P. GAUTT, JODIE LEE JILES, NOLAN PEREZ, M.D., STUART W. STEDMAN, and KELCY L. WARREN, in their official capacities as members of the Board of Regents of the University of Texas System,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 1:26-cv-02546-XR |

---

**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION**

---

On this day, came to be considered Plaintiff's Motion for Temporary Restraining Order and Injunction [ECF 12]. The Court, after considering the Motion and arguments of counsel, finds that Plaintiff's Motion should be DENIED.

Signed this ______ day of ____________, 2026.

__________________________________
HONORABLE JUDGE XAVIER RODRIGUEZ