**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| GREGORIO OLIVARES GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. PRABHAS V. MOGHE, et al.,<br><br>Defendants. | Case No. 1:26-cv-02546-XR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR AMICI CURIAE LAW PROFESSORS** |

Rebecca Webber enters her appearance as counsel for proposed amici curiae law professors Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock, for the limited purpose of their motion for leave to file a brief as amici curiae and the brief itself. Counsel is admitted to practice in this Court. Please direct all notices and service relating to amici to counsel at the address below.

Dated: November 10, 2026

Respectfully Submitted,

*/s/ Rebecca Webber*

Rebecca Webber
Webber Law
Texas State Bar Number 24060805
4228 Threadgill Street
Austin, Texas 78723
512-537-8833
rebecca@rebweblaw.com

Counsel for Amici Curiae Law Professors

**CERTIFICATE OF SERVICE**

I certify that on November [11], 2026, I filed this notice through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Rebecca Webber

Rebecca Webber