**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GREGORIO OLIVARES GUTIERREZ,<br>*Plaintiff*,<br><br>v.<br><br>DR. PRABHAS V. MOGHE, in his individual capacity and his official capacity as President of the University of Texas at Dallas, DR. GENE FITCH, in his individual capacity, and DR. AMANDA SMITH, in her official capacity as Interim Vice President for Student Affairs and Dean of Students of the University of Texas at Dallas,<br><br>JOHN M. ZERWAS, M.D., in his official capacity as Chancellor of the University of Texas System, and<br><br>KEVIN P. ELTIFE, JANIECE LONGORIA, JAMES C. "RAD" WEAVER, CHRISTINA MELTON CRAIN, ROBERT P. GAUTT, JODIE LEE JILES, NOLAN PEREZ, M.D., STUART W. STEDMAN, and KELCY L. WARREN, in their official capacities as members of the Board of Regents of the University of Texas System,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 1:26-cv-02546-XR |

---

**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF [ECF 17]**

---

On this day, came to be considered the "Motion of Law Professors Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock for Leave to File Brief as Amicus Curiae in Support

of Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction" ("Motion for Leave") [ECF 17]. The Court having considered the Motion and arguments of counsel, finds that the Motion for Leave should be **DENIED**.

Signed this ______ day of _____________, 2026

______________________________________
HONORABLE JUDGE XAVIER RODRIGUEZ